FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0001

_____

AKONO A. HITE,

     Plaintiff,

  vs.

O R D E R

DONNA R. JENNINGS,

     Defendant.

_____

The Honorable Robert L. Deschamps III, presiding Judge in Cause No. DR-14-640 in the Fourth Judicial District Court, Missoula County, has forwarded to this Court a motion filed by Plaintiff Akono A. Hite. While noting that the motion was captioned as a motion for substitution, Judge Deschamps has forwarded the filing to this Court as a motion for disqualification for cause pursuant to § 3-1-805, MCA, because the time for substitution has long passed and Hite alleged bias in the attached affidavit.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must allege facts showing personal bias or prejudice of the presiding judge. In this instance, Hite alleges that in September 2020, Judge Deschamps informed the parties that a relative of his was outside of the courtroom waiting to testify for the defendant in this matter. Hite does not indicate whether Judge Deschamps's relative testified or for what purpose, nor why this circumstance would provide a basis for disqualification over two years later. Under § 3-1-805, MCA, the allegation of an appearance of impartiality is insufficient grounds for disqualification, and therefore further disqualification proceedings under the statute are not warranted.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Robert L. Deschamps III from Missoula County Cause No. DR-14-640 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Missoula County for notification to all parties in Cause No. DR-14-640, and to the Honorable Robert L. Deschamps III.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2022